AO91 (Rev. 12/03)  Criminal Complaint                                                                                           AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> vs. <br><br> Macario FLORES-Lopez <br> AKA Leobardo LOPEZ <br> IAE A094 983 848 <br> Mexico 1988 | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:15-po-01641 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **February 14, 2015** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n)  **Border Patrol Agent**  and that this complaint is based on the following facts:

**Macario FLORES-Lopez was encountered by Border Patrol Agents near Rio Grande City, Texas on February 14, 2015.  When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on February 14, 2015 by rafting across the Rio Grande River near the Rio Grande City, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/  Shears Jr, Cipriano  Border Patrol Agent
Signature of Complainant

Shears Jr, Cipriano     Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 16, 2015                                                            at       McAllen, Texas
Date                                                                                          City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge            Title of Judge                                    Signature of Judge